1040

No. 04–9184. DARDEN v. PERALTA COMMUNITY COLLEGE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9195. FRIGO v. STEINER. Ct. App. Ohio, Richland County. Certiorari denied.

No. 04–9197. HOWARD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–9200. HOLDEN ET VIR v. SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES. Ct. App. S. C. Certiorari denied.

No. 04–9213. MCSWAIN v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–9220. WOODARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–9305. VARGAS v. HALL, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 04–9360. ALLEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9378. WARFIELD v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 04–9396. ADAMS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–9420. JACKSON v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 04–9430. JONES v. HASKE. C. A. 6th Cir. Certiorari denied.

No. 04–9438. MCKINNEY v. KING ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9452. BALLENTINE v. ILLINOIS STATE POLICE. C. A. 7th Cir. Certiorari denied.

No. 04–9462. ELLIBEE v. HAZLETT ET AL. C. A. 10th Cir. Certiorari denied.